AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| Sasha Bowers, on behalf of D.A.N. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kilolo Kijakazi, Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.   4:21-CV-00062

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Final judgment is entered in favor of Kilolo Kijakazi, Commissioner of Social Security, and against Plaintiff, Sasha Bowers on behalf of D.A.N., pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   William I. Arbuckle _____ on a motion for
      Pursuant to Memorandum Opinion and Order dated 9/6/2022 [ECF Docs. 24, 25].

Date:   ___9/6/2022_____

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By:  *s/Christine A. Williamson*, *Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*